IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES G. CONNELL, III,

    7604 Edenwood Court
    Bethesda, MD 20817

                Plaintiff,

                              Case No.:

v.

THE UNITED STATES CENTRAL INTELLIGENCE
AGENCY

    Washington, D.C. 20505

                Defendant.

**COMPLAINT FOR INJUNCTIVE RELIEF**

    1. Plaintiff, James G. Connell, III, brings this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §§ 552, demanding production of documents responsive to plaintiff's February 18, 2021 FOIA request for documents sent to or from detention sites administrated or affiliated with the CIA during the 2003-2007 period regarding Ammar al Baluchi, which defendant CIA has improperly withheld from plaintiff.

    2. This Court has jurisdiction under 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

    3. Because part or all of the responsive records are located in this District, venue lies in this District under 28 U.S.C. § 1391(e) and 5 U.S.C. §552(a)(4)(B).

    4. Plaintiff, James G. Connell III, is a defense attorney and is the requester of the records which CIA is now withholding. Plaintiff has requested this information for use in a pending criminal trial and prompt release of the information is essential to the case. This complaint is based entirely on unclassified information.

    5. Defendant, Central Intelligence Agency, is an agency as prescribed in 5 U.S.C. § 551(1) and 5 U.S.C. § 552(f) and has possession of the documents that Mr. Connell seeks.

    8. On February 18, 2021 Mr. Connell requested from CIA under FOIA "any and all documents sent to or from detention sites administrated or affiliated with CIA (including

Guantanamo Bay) during the period 2003-2007 regarding Ammar al Baluchi aka Ali Abdul-Aziz Ali." Attachment 1.

9. On February 22, 2021 Defendant acknowledged receipt of Plaintiff's FOIA request for the date of 19 February, 2021. Attachment 2.

7. Despite the properly placed request, the CIA has failed to provide a response within the statutorily-mandated time frame of 20 working days. This date would have been March 19, 2021 based on Defendant's response to this FOIA request.

9. Mr. Connell has a right of access to the requested information under 5 U.S.C. § 552(a)(3) and there is no legal basis for the CIA's failure to turn over all of the requested documentation that properly does not fall under a FOIA exemption.

WHEREFORE, Mr. Connell respectfully requests that this Court:

(1) Order the CIA to produce all documents that are responsive to Mr. Connell's FOIA request;

(2) Expedite this proceeding as provided for in 28 U.S.C. § 1657;

(3) Award plaintiff reasonable attorney fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(4) grant plaintiff such other relief as the Court deems appropriate.

Respectfully submitted,

/s/ James G. Connell, III

James G. Connell, III

Dated: April 7, 2021

**Attachments**

1. February 18, 2021 initial FOIA request.
2. February 22, 2021 CIA's confirmation of initial request.

# Attachment 1



# Attachment 2



Central Intelligence Agency

Washington, D.C. 20505

22 February 2021

Mr. James Connell
P.O. Box #141
Cabin John, MD 20818
jconnell@connell-law.com

Reference: F-2021-01040

Dear Requester:

On 19 February 2021, the Office of the Information and Privacy Coordinator received your 18 February 2021 Freedom of Information Act (FOIA) request for:

**Any and all documents sent to or from detention sites administrated or affiliated with CIA (including Guantanamo Bay) during the period 2003-2007 regarding Ammar al Baluchi aka Ali Abdul-Azi Ali.**

This letter serves to acknowledge that CIA has received your request, and to further let you know that we have assigned it the reference number provided above. In future correspondence, please use this reference number to facilitate this office's location of your case information.

In the event that the Office of the Information and Privacy Coordinator has further questions or requires additional information or clarification from you to proceed with processing your request, a representative may contact you. Unless you object, we will search for CIA-originated records up to and including the date the Agency begins its search. You may contact this office via telephone at (703) 613-1287, should you wish to withdraw your request.

To check the status of your request, please visit: https://www.cia.gov/readingroom/request/status and input the reference number provided above.

Sincerely,

Mark Lilly
Information and Privacy Coordinator