**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES G. CONNELL, III, )<br><br>Plaintiff, )<br><br>v. )<br><br>CENTRAL INTELLIGENCE AGENCY, )<br><br>Defendants. ) | Civil Action No. 21-0953 (CKK) |

## ANSWER

Defendant, the Central Intelligence Agency, by and through counsel, hereby responds to Plaintiff's Complaint as follows:

### DEFENSES

Defendant respectfully requests and reserves the right to amend, alter and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of the litigation.

### First Defense

The Court lacks subject matter jurisdiction over Plaintiff's request for relief that exceeds the relief authorized under the Freedom of Information Act ("FOIA").

### Second Defense

Plaintiff is not entitled to compel production of records exempt from disclosure under FOIA.

### Third Defense

Plaintiff is neither eligible for nor entitled to attorney's fees or costs.

## RESPONSES TO NUMBERED PARAGRAPHS

Defendant responds to the separately numbered paragraphs and prayer for relief contained in the Complaint below.  To the extent that any allegation is not admitted herein, it is denied. Moreover, to the extent that the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents; however, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited materials:  (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action.  Defendant admits, denies, or otherwise answers the numbered paragraphs in the complaint as follows:

1.     This paragraph does not contain allegations but rather a characterization of Plaintiff's claims to which no response is required. To the extent that a response is deemed required, Defendant denies the statements in this paragraph.

2.     This paragraph does not contain allegations but rather a conclusion of law to which no response is required. To the extent that a response is deemed required, Defendant admits that this Court has jurisdiction subject to the terms and limitations of FOIA.

3.     This paragraph does not contain allegations but rather a conclusion of law to which no response is required. To the extent that a response is deemed required, Defendant admits only that venue is proper in the judicial district.

4.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first two sentences of paragraph 4.  The last sentence of paragraph 4 contains legal conclusions to which no response is required.

5.      Defendant admits it is an agency pursuant to 5 U.S.C. §§ 551(1) and 552(f). Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

6.      Defendant admits that it received a FOIA request from Plaintiff on or about February 18, 2021.  The remainder of this paragraph purports to describe and characterize that request, which speaks for itself and is the best evidence of its contents.  Accordingly, Defendant refers to that FOIA request, attached hereto as Exhibit A, for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.[1]

7.      Defendant admits corresponding with Plaintiff by letter, dated February 22, 2021. The remainder of this paragraph purports to describe and characterize that letter, which speaks for itself and is the best evidence of its contents.  Accordingly, Defendant refers to that letter for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

8.      Defendant admits that it has not yet provided a substantive response to Plaintiff's FOIA request, but avers it continues to process Plaintiff's FOIA request.  The remainder of this paragraph does not contain allegations but rather a conclusion of law to which no response is required.

9.      This paragraph does not contain allegations but rather conclusions of law to which no response is required. To the extent that a response is deemed required, Defendant denies the statements in this paragraph.

---

[1] Sequentially, the sixth, seventh, and eighth paragraphs of the Complaint are erroneously numbered as paragraphs eight, nine, and seven, respectively.  To avoid confusion, Defendant has corrected that error for purposes of answering the Complaint.

**Prayer for Relief**

The remaining portions of Plaintiff's Complaint contain Plaintiff's requests for relief, to which no response is required. To the extent a response is deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested, or to any relief whatsoever.

Dated: May 17, 2021                       Respectfully submitted,

                                          CHANNING D. PHILLIPS
                                          D.C. Bar #415793
                                          Acting United States Attorney

                                          BRIAN P. HUDAK
                                          Acting Chief, Civil Division


                                          By:  _____/s/ *Derek S. Hammond*_____
                                             DEREK S. HAMMOND,
                                             D.C. BAR No. 1017784
                                             Assistant United States Attorney
                                             555 Fourth Street, NW
                                             Washington, DC 20530
                                             (202) 252-2511

                                          *Attorneys for the United States of America*