UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES G. CONNELL, III,, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 21-0953 (FYP) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 17, 2021 Minute Order, the Plaintiff James G. Connell, III, and Defendant Central Intelligence Agency ("CIA" or the "Agency") respectfully submit this Joint Status Report and state as follows:

1. This case is brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, concerning Plaintiff's February 18, 2021, FOIA request to the Agency, which seeks "any and all documents sent to or from detention sites administrated or affiliated with CIA (including Guantanamo Bay) during the period 2003-2007 regarding Ammar al Baluchi aka Ali Abdul-Aziz Ali."

2. CIA has completed its search and identified 765 responsive documents, representing 3,125 pages of material. CIA will process these records and making rolling releases to Plaintiff on a quarterly basis, with the first production to be made in January 2022. CIA anticipates processing these documents at a rate of approximately 800 pages per quarter.

3. In light of the foregoing, the parties propose filing a further joint status report by January 18, 2022, updating the court as to the status of CIA's production.

Dated: October 18, 2021 Respectfully submitted,

  /s/ James G. Connell (with consent)           CHANNING D. PHILLIPS
James G. Connell , III                                            D.C. Bar #415793
CONNELL LAW, LLC                                   Acting United States Attorney
PO Box 141
Cabin John, MD 20818                              BRIAN P. HUDAK
(703) 623-8410                                                 Acting Chief, Civil Division
jconnell@connell-law.com

*Plaintiff*                                                                 By:         */s/ Derek S. Hammond*
                                                                         DEREK S. HAMMOND,
                                                                         D.C. Bar No. 1017784
                                                                         Assistant United States Attorney
                                                                         555 Fourth Street, NW
                                                                         Washington, DC 20530
                                                                         (202) 252-2511
                                                                         Derek.hammond@usdoj.gov

                                                      *Attorneys for the United States of America*