UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES G. CONNELL, III,, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 21-0953 (FYP) |
| CENTRAL INTELLIGENCE AGENCY, | ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 19, 2021 Minute Order, the Plaintiff James G. Connell, III,

and Defendant Central Intelligence Agency ("CIA" or the "Agency") respectfully submit this Joint

Status Report and state as follows:

1.      This case is brought pursuant to the Freedom of Information Act ("FOIA"), 5

U.S.C. § 552, concerning Plaintiff's February 18, 2021, FOIA request to the Agency, which seeks

"any and all documents sent to or from detention sites administrated or affiliated with CIA

(including Guantanamo Bay) during the period 2003-2007 regarding Ammar al Baluchi aka Ali

Abdul-Aziz Ali."

2.      CIA has completed its search and identified 765 responsive documents,

representing 3,125 pages of material.  As stated in the Joint Status Report dated October 18, 2021,

CIA intends to process these records and make rolling releases to Plaintiff on a quarterly basis,

with the first production to be made in January 2022.  CIA is currently reviewing and preparing

its first set of documents for production, and will produce these documents to Plaintiff on or before

January 31, 2022.

3.       In the Joint Status Report dated October 18, 2021, CIA stated that it anticipated processing responsive documents at a rate of approximately 800 pages per quarter.  Unfortunately, CIA has been faced with staffing and other limitations caused by the recent surge of COVID-19 infections and, as a result, will not meet its 800-page goal with this first production.  CIA aims to make up for the slowdown in forthcoming productions.

4.       In light of the foregoing, the parties propose filing a further joint status report by April 18, 2022, updating the court as to the status of CIA's production.


Dated: January 18, 2022                          Respectfully submitted,


  /s/ James G. Connell (with consent)___         MATTHEW M. GRAVES, D.C. Bar #481052
James G. Connell , III                           United States Attorney
CONNELL LAW, LLC
PO Box 141                                       BRIAN P. HUDAK
Cabin John, MD 20818                             Acting Chief, Civil Division
(703) 623-8410
jconnell@connell-law.com


      *Plaintiff*                          By: _____ */s/ Derek S. Hammond*_____
                                                 DEREK S. HAMMOND,
                                                 D.C. Bar No. 1017784
                                                 Assistant United States Attorney
                                                 555 Fourth Street, NW
                                                 Washington, DC 20530
                                                 (202) 252-2511
                                                 Derek.hammond@usdoj.gov

                                                 *Attorneys for the United States of America*